IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY BERNARD FLOWERS                                                          PLAINTIFF

v.                              CASE NO. 3:17-CV-00322 BSM

CRAIGHEAD COUNTY
DETENTION CENTER, et al.                                                    DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 3] submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, plaintiff Roy Flowers's complaint [Doc. No. 1] is dismissed without prejudice for failure to comply with the order dated December 5, 2017, directing Flowers to either pay the statutory filing fee or complete an application to proceed *in forma pauperis*. *See* Doc. No. 2. It is further certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE