IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROY BERNARD FLOWERS**                                                    **PLAINTIFF**

v.                     **CASE NO. 3:17-CV-00322 BSM**

**CRAIGHEAD COUNTY
DETENTION CENTER, et al.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of February 2018.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE